UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JOHNNY L. MANNING

                        Plaintiff,

-against-

ANNE M. THOMAS ET AL

                        Defendant.
-----------------------------------------------------------

06 CV 1508 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 06 2006 ★
BROOKLYN OFFICE

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.

_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
735 Central Avenue
Woodmere, New York 11598
516-791-4400

SO ORDERED:

_____
U.S.D.J.   9/5/06